UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---------------------------------------------------------------x
Timothy J. Desmond,                               :

    Plaintiff,                                        :

       v.                                                    :

Kamala Harris, Attorney General of the State of   :
California, in her official capacity,
                                                  :
Karen Ross, Secretary of the California Dep't
of Food and Agriculture, in her official capacity, :
                                                       Civ.No. 1:16-cv-01206
John Quiroz, Branch Chief of the Fairs &           :   DAD-BAM
Expositions Branch in the Division of Marketing,
in his official capacity,                          :

    and                                               :

John Alkire, Chief Executive Officer of the       :   STIPULATION AND
21st District Agricultural Association,               ORDER
in his official capacity,                         :

    Defendants.                                       :

---------------------------------------------------------------x

      WHEREAS Plaintiff has moved for a preliminary injunction (Doc. No. 16) seeking an order enjoining Defendants from enforcing Cal. Govt. Code § 8195 as applied to artwork that may be displayed at the Big Fresno Fair 2016, and specifically, as to Plaintiff's painting, The Attack; and

WHEREAS Defendants have agreed that, if entered in accordance with the rules of the Big Fresno Fair 2016 (the "Fair"), The Attack will be judged and displayed at the Fair;

THEREFORE Plaintiff and Defendants hereby agree as follows:

1. Defendants agree that, upon proper entry of The Attack, it will be judged and displayed along with, and treated similarly to, all other entries.
2. Plaintiff hereby withdraws his motion for a preliminary injunction.

Dated:  September 9, 2016

> KAMALA D. HARRIS
> Attorney General of California
> TAMAR PACHTER
> Supervising Deputy Attorney General
>
> */s/ Alexandra Robert Gordon*
> ALEXANDRA ROBERT GORDON
> Deputy Attorney General
> *Attorneys for Defendants*
>
> By: STAMMER, MCKNIGHT, BARNUM & BAILEY LLP
>
> */s/ Bruce J. Berger*
> BRUCE J. BERGER
> *Attorneys for Plaintiff*
>
> By: CENTER FOR INDIVIDUAL RIGHTS
>
> */s/ Michael E. Rosman*
> MICHAEL E. ROSMAN
> *Attorneys for Plaintiff*

IT IS SO ORDERED.

Dated:  **September 13, 2016**            *Dale A. Drozd*
                                            UNITED STATES DISTRICT JUDGE