KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
ALEXANDRA ROBERT GORDON, State Bar No. 207650
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5509
 Fax: (415) 703-5480
 E-mail: Alexandra.RobertGordon@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **TIMOTHY J. DESMOND,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**KAMALA HARRIS, in her Official Capacity as Attorney General of the State of California, et al.**<br><br>　　　　　　　　　　　　Defendants | 1:16-cv-01206-DAD-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(Local Rule 144 (a))**<br><br>Courtroom:　5, 7th Floor<br>Judge:　　　Hon. Dale A. Drozd<br>Action Filed: August 15, 2016 |

Plaintiff Timothy J. Desmond and Defendants Attorney General Kamala D. Harris, in her official capacity, Secretary of Food and Agriculture Karen Ross, in her official capacity, Branch Chief of the Fairs and Expositions Branch John Quiroz, in his official capacity, and Chief Executive Officer of the 21st District Agricultural Association John Alkire, in his official capacity (collectively, "Defendants" and with Plaintiff, collectively, "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on August 15, 2016, Plaintiff filed his Complaint;

WHEREAS, pursuant to stipulation, ECF No. 18, the last day for Defendants to answer or otherwise respond to Plaintiff's Complaint currently is October 5, 2016;

WHEREAS, the Parties are engaged in settlement discussions and hope to resolve this matter forthwith;

WHEREAS the Parties have agreed that Defendants' time to answer or otherwise respond to the Complaint shall be extended by 35 days from the stipulated filing deadline;

WHEREAS, one previous extension of time has been sought;

THEREFORE, in consideration of the foregoing, it is hereby stipulated that:

Defendants' last day to answer or otherwise respond to Plaintiff's Complaint shall be November 9, 2016

Dated:  October 3, 2016                              Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

*/s/ Alexandra Robert Gordon*
ALEXANDRA ROBERT GORDON
Deputy Attorney General
*Attorneys for Defendants*

| | |
|---|---|
| Dated: October 3, 2016 | By: STAMMER, MCKNIGHT, BARNUM & BAILEY LLP |
| | |
| | */s/ Bruce J. Berger* |
| | BRUCE J. BERGER |
| | *Attorneys for Plaintiff* |
| | |
| Dated: October 3, 2016 | By: CENTER FOR INDIVIDUAL RIGHTS |
| | |
| | */s/ Michael E. Rosman* |
| | MICHAEL E. ROSMAN* |
| | *Attorneys for Plaintiff* |

HAVING CONSIDERED THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING,

IT IS SO ORDERED.

Dated:   **October 4, 2016**           /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

3