1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  TAMAR PACHTER, State Bar No. 146083
   Supervising Deputy Attorney General
3  ALEXANDRA ROBERT GORDON, State Bar No. 207650
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 703-5509
    Fax:  (415) 703-5480
6   E-mail:  Alexandra.RobertGordon@doj.ca.gov
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **TIMOTHY J. DESMOND,** | 1:16-cv-01206-DAD-BAM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| **v.** | |
| **KAMALA HARRIS, in her Official Capacity as Attorney General of the State of California, et al.** | **(Local Rule 144 (a))** |
| | Courtroom:  5, 7th Floor |
| | Judge:  Hon. Dale A. Drozd |
| | Action Filed:  August 15, 2016 |
| Defendants | |

Plaintiff Timothy J. Desmond and Defendants Attorney General Kamala D. Harris, in her official capacity, Secretary of Food and Agriculture Karen Ross, in her official capacity, Branch Chief of the Fairs and Expositions Branch John Quiroz, in his official capacity, and Chief Executive Officer of the 21st District Agricultural Association John Alkire, in his official capacity (collectively, "Defendants" and with Plaintiff, collectively, "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on August 15, 2016, Plaintiff filed his Complaint;

WHEREAS, pursuant to stipulation and Order of this Court, ECF No. 26, the last day for Defendants to answer or otherwise respond to Plaintiff's Complaint currently is December 9, 2016;

WHEREAS, the Parties continue to engage in good faith in settlement discussions, believe that they are close to reaching an agreement in principle, and hope to resolve this matter before the Scheduling Conference currently scheduled for January 25, 2017;

WHEREAS the Parties have agreed that Defendants' time to answer or otherwise respond to the Complaint shall be extended by 30 days from the current filing deadline;

WHEREAS, three previous extensions of time have been sought;

THEREFORE, in consideration of the foregoing, it is hereby stipulated that:

Defendants' last day to answer or otherwise respond to Plaintiff's Complaint shall be January 9, 2017

Dated:  December 6, 2016                              Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

*/s/ Alexandra Robert Gordon*
ALEXANDRA ROBERT GORDON
Deputy Attorney General
*Attorneys for Defendants*

| | |
|---|---|
| Dated: December 6, 2016 | By: STAMMER, MCKNIGHT, BARNUM & BAILEY LLP |
| | */s/ Bruce J. Berger*<br>BRUCE J. BERGER<br>*Attorneys for Plaintiff* |
| Dated: December 6, 2016 | By: CENTER FOR INDIVIDUAL RIGHTS |
| | */s/ Michael E. Rosman*<br>MICHAEL E. ROSMAN*<br>*Attorneys for Plaintiff* |

**ORDER**

HAVING CONSIDERED THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, **IT IS SO ORDERED.** No further extensions based upon settlement discussions will be granted.

IT IS SO ORDERED.

Dated:   **December 7, 2016**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE