UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

---

```
------------------------------------------------------------x
Timothy J. Desmond,                              :
         Plaintiff,                              : Civ. No. 1:16-cv-01206-DAD-BAM
             v.                                  :
Xavier Becerra, Attorney General of the          :
State of California, in her official capacity, et al.
                                                 :
------------------------------------------------------------x
```

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure, the parties hereby stipulate that Plaintiff's action is dismissed with prejudice.

Dated: May 2, 2017

                                                                           XAVIER BECERRA
                                                                           Attorney General of California

*/s/ Alexandra Robert Gordon*
ALEXANDRA ROBERT GORDON
Deputy Attorney General
*Attorneys for Defendants*

By: S<small>TAMMER</small>, M<small>CKNIGHT</small>, B<small>ARNUM</small> &
B<small>AILEY</small> LLP

*/s/ Bruce J. Berger*_____
B<small>RUCE</small> J. B<small>ERGER</small>
*Attorneys for Plaintiff*


By: C<small>ENTER FOR</small> I<small>NDIVIDUAL</small> R<small>IGHTS</small>

*/s/ Michael E. Rosman*_____
M<small>ICHAEL</small> E. R<small>OSMAN</small>
*Attorneys for Plaintiff*

<u>Certificate of Service</u>

I hereby certify that on May 2, 2017, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court by using the CM/ECF system, which served the following individual (who is a registered CM/ECF user):

Alexandra Robert Gordon (attorney for defendants)

*/s/ Michael E. Rosman*
Michael E. Rosman
